# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 19, 2025

Lyle W. Cayce
Clerk

No. 25-10216
Summary Calendar

_____

United States of America,

*Plaintiff—Appellee,*

*versus*

Juan Salazar,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CR-362-1

_____

Before Haynes, Graves, and Oldham, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Juan Salazar has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Salazar has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's

_____

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-10216

assessment that the appeal presents no nonfrivolous issue for appellate review.    Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.